STATE BOARD OF TAX APPEALS.

ELIZABETH MACPHERSON, ADMINISTRATRIX CUM TES-
TAMENTO ANNEXO OF ESTATE OF GENEVIEVE CLARK
BERWICK, DECEASED, PETITIONER, v. CITY OF JER-
SEY CITY, RESPONDENT.

Decided February 4, 1941.

For the petitioner, *Louis Scherzer.*

For the respondent, *Frank P. McCarthy.*

QUINN, President.   The petitioner's testatrix died a resi-
dent of the city of Jersey City, and her personal estate was
therefore subject to personal property taxation in that taxing
district.   *R. S.* 54:4-10.   For the year 1938 the city made
an assessment for such taxes in the sum of $15,000.   The
Hudson County Board of Taxation affirmed the levy on
appeal, and petitioner now prays before this board for a can-
cellation of the assessment on the ground that the estate con-
sists entirely of cash in bank, exempt from taxation under
*R. S.* 54:4-3.23.   It does not appear, however, that the taxpayer
filed the statutory sworn claim for exemption with the asses-
sors, as required by *R. S.* 54:4-15.   This was an indispens-
able prerequisite, *Public Service Corporation of New Jersey*
v. *City of Newark, New Jersey Tax Reports,* 1934-939, *p.*
269, and in default thereof, the exemption is disallowed.

As the assets exceed the amount of the assessment, as of
the assessing date, the judgment of the Hudson County
Board is affirmed.